1  WILLIAM C. MORISON (No. 99981)
   MARC J. DEREWETZKY (No. 130944)
2  MORISON-KNOX HOLDEN & PROUGH, LLP
   500 Ygnacio Valley Road, Suite 450
3  Walnut Creek, CA  94596
   Telephone: (925) 937-9990
4  Facsimile: (925) 937-3272

5  Attorneys for Defendant
   FIDELITY AND GUARANTY INSURANCE COMPANY
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 MILGARD MANUFACTURING, INC., a          )   Case No. C-05-1329 (SBA)
   Washington corporation,                 )
11                                         )
                      Plaintiff,           )   STIPULATION AND [PROPOSED]
12                                         )   ORDER CHANGING DATE OF
              vs.                          )   SETTLEMENT CONFERENCE
13                                         )
   FIDELITY AND GUARANTY INSURANCE         )
14 COMPANY, an Iowa stock insurance company;)
   and DOES 1-10,                          )
15                                         )
                      Defendants.          )
16 _____)

17       Pursuant to Federal Rule of Civil Procedure, Rule 6 and Civil Local 6-2(a), the undersigned

18 parties hereby stipulate to seek an order changing the date for the settlement conference with United

19 States Magistrate Judge Bernard Zimmerman from June 16, 2006 to a date on or after August 16,

20 2006.  No prior order changing the settlement conference date has been requested.  The reasons for

21 the requested change are set forth in the accompanying declaration of Marc J. Derewetzky.

22       IT IS SO STIPULATED.

23

24 Dated:  June _____, 2006            MORISON-KNOX HOLDEN & PROUGH, LLP

25
                                      By: _____
26                                         Marc J. Derewetzky

27                                    Attorneys for defendant FIDELITY AND
                                         GUARANTY INSURANCE COMPANY
28

---

Stipulation and [Proposed]  Order Changing Date of Settlement Conference
- 1 -

1 | Dated: June _____, 2006      HINES SMITH
2
3 | By: _____
             Michelle L. Carder
4 | Attorney for plaintiff MILGARD
     MANUFACTURING, INC.
5
6
7 | ORDER
8 | IT IS HEREBY ORDERED that the date of the settlement conference in the above action is
9 | changed to ___August 29_____, 2006. at 9:00 a.m.
10
11 | Dated: _____June 8_____, 2006.
12
13 | _____
14 | HONORABLE BERNARD ZIMMERMAN
     United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*