UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILGARD MANUFACTURING, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> FIDELITY & GUARANTY INSURANCE ) <br> CO., ) <br> ) <br> Defendant(s). ) <br> ) | No. C05-1329 SBA (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO:   All parties and their attorney(s) of record:

On April 3, 2006, you were ordered to lodge Settlement Conference Statements seven days prior to the conference, which is scheduled for August 30, 2006. Your statements were due August 23, 2006. They were not received by chambers.

**IT IS HEREBY ORDERED** that if the statements are not lodged by **noon on August 25, 2006**, each of the parties and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date the statements were originally due.

Dated: August 24, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.06\milgard late pp.ord                              1