1  WILLIAM C. MORISON (No. 99981)
   MARC J. DEREWETZKY (No. 130944)
2  MORISON-KNOX HOLDEN & PROUGH, LLP
   500 Ygnacio Valley Road, Suite 450
3  Walnut Creek, CA  94596
   Telephone: (925) 937-9990
4  Facsimile: (925) 937-3272

5  Attorneys for Defendants
   FIDELITY AND GUARANTY INSURANCE COMPANY and
6  USF&G INSURANCE

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 MILGARD MANUFACTURING, INC., a  )   Case No. C-05-1329 (SBA) BZ
   Washington corporation,          )
11                                   )
                    Plaintiff,       )   STIPULATION AND [PROPOSED]
12                                   )   ORDER CHANGING DATE OF
           vs.                       )   SETTLEMENT CONFERENCE
13                                   )
   FIDELITY AND GUARANTY INSURANCE   )
14 COMPANY, an Iowa stock insurance  )
   company, USF&G INSURANCE, a      )
   Maryland surplus lines            )
15 insurance company; and DOES 1-10, )
                                     )
16                  Defendants.       )

17      Pursuant to Federal Rule of Civil Procedure, Rule 6 and Civil Local 6-2(a), the undersigned

18 parties hereby stipulate to seek an order changing the date for the settlement conference with United

19 States Magistrate Judge Bernard Zimmerman from August 30, 2006 to the morning of September 19,

20 2006, assuming the Court's availability.  One prior order changing the settlement conference date has

21 been requested and granted.  The reasons for the requested change are set forth in the accompanying

22 declaration of Marc J. Derewetzky.

23      IT IS SO STIPULATED.

24 Dated: August 25, 2006               MORISON-KNOX HOLDEN & PROUGH, LLP

25
                                        By: /s/ Marc J. Derewetzky
26                                          Marc J. Derewetzky
                                        Attorneys for defendants FIDELITY AND
27                                      GUARANTY INSURANCE COMPANY and
                                        USF&G INSURANCE
28

1  Dated: August 25, 2006                    HINES SMITH CARDER

2                                            By: _____
3                                                  Michelle L. Carder

4                                            Attorneys for plaintiff MILGARD
                                             MANUFACTURING, INC.
5

6

7                                    ORDER

8      IT IS HEREBY ORDERED that the date of the settlement conference in the above action is

9  changed to ____September 19____, 2006, at __9:00__ a.m.

10

11 Dated: ___August 25_____, 2006.

12

13                                           _____
                                             HONORABLE BERNARD ZIMMERMAN
14                                           United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Bernard Zimmerman]