UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILGARD MANUFACTURING, INC., | ) ) | No. C05-01329 SBA |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| FIDELITY & GUARANTY INSURANCE CO., ET AL., | ) ) ) | |
| Defendant. | ) | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

DATED: 2/15/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge